## 73825. In re S. N. S.
(357 SE2d 127)

BIRDSONG, Chief Judge.

This appeal of a termination of parental rights by the Juvenile Court of Fulton County is dismissed as improvidently granted. Cases involving termination of parental rights must be made by direct appeal, as they are not within the purview of OCGA § 5-6-35 (a) (2) requiring certain appeals to be made by discretionary application. *In the Interest of R. L. Y.*, 180 Ga. App. 559 (349 SE2d 800).

*Appeal dismissed. Deen, P. J., and Pope, J., concur.*

DECIDED APRIL 17, 1987 —
REHEARING DENIED MAY 5, 1987.

*Bruce W. Callner, Kathy L. Portnoy*, for appellant.

*Michael J. Bowers, Attorney General, Carol A. Cosgrove, Senior Assistant Attorney General*, for appellee.

## 73864. GLOBE LIFE & ACCIDENT INSURANCE COMPANY v. OGDEN.
(357 SE2d 276)

BENHAM, Judge.

Appellant Globe Life & Accident Insurance Company, through its sales agent and field representative Donnie Wages, sold a health and hospitalization insurance policy to appellee Cathleen Ogden. The policy went into effect on August 11, 1983, and appellee paid a one-year premium for it. In late November 1983 and late January 1984, Wages visited appellee's home allegedly to collect additional premium payments for one year each. On those occasions, appellee gave Wages two checks made payable to him for $493 and $577, respectively. Wages did not forward these premium payments to appellant. Unbeknownst to her, appellee's policy lapsed on August 11, 1984. Several months later, appellee's daughter contacted appellant regarding the policy and made a payment of $543 to reinstate it. Appellant's service department reinstated the policy but when appellee subsequently attempted to file claims, the claims department record showed that the policy had lapsed and would not be reinstated. Appellant refused to pay appellee's claims, and she filed suit against the company for failure to pay insurance benefits. Count I of her complaint sought recompense under OCGA § 33-4-6 and additional punitive damages. In Count II, she sought general and punitive damages for appellant's allegedly fraudulent conduct regarding the agent's collection of funds.